James Oakey Koontz, Appellant, v. Public Service Company of Northern Illinois, Appellee.

Gen. No. 42,925.

Heard in the third division, first district, this court at the December term, 1943; opinion filed February 14, 1945; released for publication March 5, 1945. James O. Koontz, *pro se*; Isham, Lincoln & Beale, for appellee; James P. Dillie, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.